UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| v. | : | Crim. No. 00-323 |
| BEN MCNEIL | : | ORDER REDUCING SENTENCE |

The Court considers this case pursuant to its authority under 18 U.S.C. Section 3582(c)(2) and Federal Rule of Criminal Procedure 43(b)(4). The U.S. Sentencing Commission has reduced guideline offense levels for cocaine base cases, and has made the reductions retroactive to previously-sentenced defendants. The parties agree that a sentencing reduction is appropriate in this case. The Court concurs, and hereby ORDERS as follows:

1) The total offense level in this case is reduced from 33 to 31;

2) Defendant's sentence is reduced from 168 months to **135 months**;

3) This new sentence represents a reduction from the bottom of the range comparable to the reduction from the bottom of the original guidelines range; and

4) All other terms and provisions of the original judgment remain in effect.

A copy of this order shall be transmitted to the Bureau of Prisons immediately.

SO ORDERED on the 10 day of November, 2008.

HONORABLE KATHARINE S. HAYDEN
United States District Judge


Form and entry consented to:

_[signature]_
JONATHAN ROMANKOW
Assistant U.S. Attorney


_[signature]_
CHESTER KELLER, ESQ.
Attorney for defendant


    The defendant agrees to the reduction of sentence to 135 months and waives the need for any court appearance.

x _[signature]_
BEN MCNEIL            Dated: 10-14-08